IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM E. HUGHES III, et al., | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| GEORGE P. BROWN INVESTMENT ADVISORS, INC., et al., | : | No. 03-4668 |
| Defendants. | : | |

**ORDER**

**AND NOW**, this **24th** day of **November**, **2010**, upon consideration of Defendants' Motion for Summary Judgment, Plaintiffs' response thereto, and supplemental briefing submitted by the parties, and for the reasons stated in this Court's Memorandum, it is hereby **ORDERED** that:

1. Defendants' Motion for Summary Judgment (Document No. 12) is **GRANTED.**

2. Judgment is entered in favor of Defendants and against Plaintiffs.

3 The Clerk of Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**